| | |
|---|---|
| MARIA C. KENNEDY and<br>DOUGLAS GOEBEL | CIVIL ACTION NO. 04-756-B-M1 |
| VERSUS | |
| FERRARA FIRE APPARATUS<br>INCORPORATED | |

TO: Plaintiff, **Maria Kennedy,**
through her attorney of record;
Craig P. Hart
19348 N. 4th Street
Covington, LA 70433

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel of record for defendant, **FERRARA FIRE APPARATUS INCORPORATED**, in this lawsuit proposes to take the deposition on oral examination of:

### MARIA KENNEDY

on **Tuesday, March 22, 2005, at 9:30 a.m.**, before and by Johns Pendleton & Associates, Inc., or some other officer authorized to administer oaths, or by someone acting under their direction. This deposition will be recorded by stenographic means.

The deposition shall be taken at the offices of Craig P. Hart, 19348 N. 4th Street, Covington, LA 70433, beginning at the scheduled time listed above, or as soon thereafter as is practicable, and will continue, from day to day, until completed.

The deposition will be taken for **ALL PURPOSES**.

You are hereby notified to be present and to take part in such manner as you see fit and proper.

By Attorneys:

HENCHY, VERBOIS & FOIL

By: _____
Brenda H. Verbois, #01630
Attorney at Law
7904 Wrenwood Boulevard, Suite C
Post Office Box 80179
Baton Rouge, LA 70809
Telephone: (225) 928-4444
Counsel of Record for Defendant,
**FERRARA FIRE APPARATUS INCORPORATED**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed this date, postage prepaid, to the following:

    Craig P. Hart
    19348 N. 4th Street
    Covington, LA 70433
    Counsel of Record for Plaintiffs:
    **MARIA C. KENNEDY AND DOUGLAS GOEBEL**

Baton Rouge, Louisiana, this 18th day of March, 2005.

_____
Brenda H. Verbois