UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NOTICE OF DOCUMENTS NOT FILED IN RECORD**

CIVIL NO. **04 CV 756**

**MARIA KENNEDY AND DOUGLAS GOEBEL**

VERSUS

**FERRARA FIRE APPARATUS INC.**

ATTACHMENTS TO

MEMO IN OPPOSITION TO DFT'S MOTION FOR SUMMARY JGM

FILED ON **6/20/05** IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD

S. HAWKINS
DEPUTY CLERK