UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
05 JUL 12 PM 2: 13
SIGN_____
by DEPUTY CLERK

MARIA C. KENNEDY, ET AL

VERSUS

FERRARA FIRE APPARATUS
INCORPORATED

CIVIL ACTION

NUMBER 04-756-B-1

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, July 12, 2005.

_____
FRANK J. POLOZOLA, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

Doc#42429

# HENCHY, VERBOIS & FOIL, L.L.C.

John L. Henchy  
Brenda H. Verbois  
Franklin J. Foil*  
E. Scott Hackenberg  

*Also Admitted to Arkansas Bar

www.lawyers.com/hv&f  
7904 Wrenwood Boulevard, Suite C  
P.O. Box 80179  
Baton Rouge, LA 70898-0179  

Office (225) 928-4444  
Fax (225) 923-1234  
(800) 960-4545  

RECEIVED  
JUL 11 2005  
FRANK J. POLOZOLA  
U.S. DISTRICT JUDGE  
MIDDLE DISTRICT OF LOUISIANA  

July 11, 2005

Honorable Judge Polozola  
United States District Court  
Middle District of Louisiana  
Suite 139  
777 Florida St.  
Baton Rouge, Louisiana 770801

**VIA FACSIMILE 389-3577**

Re: Maria C. Kennedy and Douglas Goebel v. Ferrara Fire Apparatus Incorporated, Civil Action, No. 04-756-B-M1, United States District Court, Middle District of Louisiana, State of Louisiana  
My File No. 16400.161

Dear Judge Polozola:

Plaintiffs' counsel, Craig Hart and I have recently reached a settlement of the above referenced matter on behalf of our respective clients. The dismissal will be sent to you shortly, but I wanted to notify you, so that you can remove this matter from your Motion calendar. You had ordered oral argument on Ferrara's Motion for Summary Judgement for August 11, 2005, at 9:00 a.m. Also the case was set for pretrial conference on August 18, at 10:00 a.m.

With kindest regards I remain,

Sincerely,

Brenda H. Verbois

BHV/jlb  
cc: Craig Hart via Fax