FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
05 DEC -7 PM 2:29

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

2005 DEC -5 P 2:00

SIGN_____
BY DEPUTY CLERK

MARIA C. KENNEDY and
DOUGLAS GOEBEL

VERSUS

FERRARA FIRE APPARATUS
INCORPORATED

CIVIL ACTION

NO.: 04-756-B-M1

*****************************************************************

### STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, **MARIA C. KENNEDY and DOUGLAS GOEBEL**, and defendant, **FERRARA FIRE APPARATUS INCORPORATED**, who stipulate that this action has been settled and shall be voluntarily dismissed, with prejudice.

By Attorneys:

CRAIG P. HART

By: _____
Craig P. Hart
19348 N. 4th Street
Covington, LA 70433
Counsel of Record for
Plaintiffs, **MARIA KENNEDY and DOUGLAS GOEBEL**

By Attorneys:

HENCHY, VERBOIS & FOIL

By: _____
Brenda H. Verbois, #01630
Attorney at Law
7904 Wrenwood Boulevard,
Suite C
Post Office Box 80179
Baton Rouge, LA 70809
Telephone: (225) 928-4444
Counsel of Record for
Defendant, **FERRARA FIRE APPARATUS INCORPORATED**

Approved:
_____
12/7/05